ACCEPTED
03-14-00326-CV
3655061
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:18:00 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00326-CV

BOARD OF REGENTS, TEXAS   §    IN THE COURT OF APPEALS

STATE UNIVERSITY and   §

TEXAS STATE UNIVERSITY -   §

SAN MARCOS,   §

     *Appellants*,   §

  §

V.   §    THIRD DISTRICT OF TEXAS

  §

STEPHANIE PAIGE STEINBACH   §

     *Appellee*.   §    AUSTIN DIVISION

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:18:00 PM
JEFFREY D. KYLE
Clerk

## UNOPPOSED SECOND MOTION FOR EXTENSION
## OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellants Board of Regents, Texas State University and Texas State University–San Marcos, by and through the undersigned Assistant Attorney General, and files this its Unopposed First Motion for Extension of Time to File Appellant's Reply Brief; and would show the Court as follows:

1.    Appellants are Board of Regents, Texas State University and Texas State University–San Marcos. Appellee is Stephanie Paige Steinbach.

2.    Appellants' reply brief is currently due on January 9, 2015.

---

3. This Unopposed Second Motion to Extend Time is filed before the deadline to file the reply brief. *See* Tex. R. App. P. 38.6(d).

4. **Appellants have contacted attorney for Appellee, and he is unopposed to this Motion.**

5. Pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rule of Appellate Procedure, Appellants move this Court for a 30 day extension of time to file Appellants' brief, extending the deadline to February 9, 2015.

6. Appellants seek an extension of time to file their brief because counsel for Appellants is leaving the Office of Attorney General effective January 9, 2015. In addition, Appellants' counsel was out of state over the holidays and was also out of the office several days in December 2014 for medical reasons.

## <u>PRAYER</u>

For these reasons, Appellants ask the Court to grant an extension of time to file their reply brief, thereby extending the deadline to February 9, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KARA L. KENNEDY
Chief, Tort Litigation Division


/s/ *Kamilla L. Stokes*

KAMILLA L. STOKES
Assistant Attorney General
State Bar No.   00792259
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2197
Fax (512) 457-4436
Kamilla.stokes@texasattorneygeneral.gov

## CERTIFICATE OF CONFERENCE

**I hereby certify that on the 5th day of January, 2015, I contacted Mark Cusack, attorney for Appellee, and he is unopposed to this Second Motion for Extension of Time to File Appellant's Reply Brief.**


/s/ *Kamilla L. Stokes*

KAMILLA L. STOKES
Assistant Attorney General


## CERTIFICATE OF SERVICE

I do hereby certify compliance with Tex. R. Civ. P. 21. A true and correct copy of the foregoing instrument has been served on all counsel, by electronic transmission to the electronic mail address on file with the electronic filing manager Rule 21a(1). If a party has not designated an electronic mail address with the electronic filing manager, the party was served a true and correct copy of the foregoing instrument in person, by mail, by commercial delivery service by fax or by email, or by such other manner as the Court in its discretion may direct. Rule 21a(2). Service was made on all parties as provided on January 5, 2015.

***Via Electronic Service & E-Mail***
Mr. Mark Cusack
242 North Guadalupe Street
San Marcos, Texas 78666
cusacklaw@centurytel.net


/s/ *Kamilla L. Stokes*

KAMILLA L. STOKES
Assistant Attorney General